IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CAROL JEANINE THOMPSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

16-cv-783-bbc

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, affirming the decision denying benefits to plaintiff Carol Jeanine Thompson and dismissing this case.

| /s/ | 10/2/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |